No. 72–5059. JAMES *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 72–5079. PASCHALL *v.* HASKINS, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 72–5193. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–5194. SHEPPARD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 72–5197. MARAS *v.* LIPOW. C. A. D. C. Cir. Certiorari denied.

No. 72–5198. ROBERTSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–5201. WRIGHT *v.* GOVERNMENT OF THE CANAL ZONE. C. A. 5th Cir. Certiorari denied. 

No. 72–5202. LOPEZ, AKA BELIX *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5205. REED *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 72–5207. SHELTON *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 72–5208. DAVIDSON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 72–5211. CARPENTER *v.* UNITED STATES; and
No. 72–5232. MORRIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 463 F. 2d 397.